UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHANCE MARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-0084-CVE-CDL |
| | ) | |
| PROVINCE PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an order (Dkt. # 14) has been entered dismissing plaintiff's case. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED** this 23rd day of May, 2024.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE